UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**BORIS GERASIMOV**
815 Conder Street
Killeen, TX 76541
Tel: (254) 389-0530
e-mail: borisgerasimov@yahoo.com
      plaintiff *pro se*

against:

**AMALGAMATED HOUSING CORPORATION**
98 Van Cortlandt Park South
Bronx, New York 10463
Tel: (718) 796-9300
    Defendant

**NORRIS MCLAUGHLIN P.A. LAW FIRM**
7 Times Square, 21st Floor
New York, NY 10022
(212) 808-0700
    Co-Defendant

Case No. **6:23-cv-00419** ADA-DTG

28 USC §1331:

**VIOLATION OF
US CONSTITUTION,
14th AMENDMENT,
DUE PROCESS CLAUSE**

**FILED**
February 26, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CV_____
          DEPUTY

**NOTICE** of Plaintiff's Motion for Default Judgment against Defendants Amalgamated Housing Corporation and Norris McLaughlin P.A. Law Firm under FRCP Rule 55(b)(2).

**PLEASE, TAKE NOTICE** that Plaintiff Boris Gerasimov is moving this Court to issue Default Judgment against Defendants Amalgamated Housing Corporation and Norris McLaughlin P.A. Law Firm under FRCP Rule 55(b)(2).

1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **BORIS GERASIMOV**<br>815 Conder Street<br>Killeen, TX 76541<br>Tel: (254) 389-0530<br>e-mail: borisgerasimov@yahoo.com<br>  plaintiff *pro se*<br><br>against:<br><br>**AMALGAMATED HOUSING CORPORATION**<br>98 Van Cortlandt Park South<br>Bronx, New York 10463<br>Tel: (718) 796-9300<br>  Defendant<br><br>**NORRIS MCLAUGHLIN P.A. LAW FIRM**<br>7 Times Square, 21st Floor<br>New York, NY 10022<br>(212) 808-0700<br>  Co-Defendant | Case No. **6:23-cv-00419**-ADA-DTG<br><br>28 USC §1331:<br><br>VIOLATION OF<br>US CONSTITUTION,<br>14th AMENDMENT,<br>DUE PROCESS CLAUSE |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS AMALGAMATED HOUSING CORPORATION AND NORRIS McLAUGHLIN P.A. LAW FIRM UNDER FRCP RULE 55(b)(2).**

2

# TABLE OF CONTENT

I. LEGAL STANDARD ............................................................................. 3

II. AFFIDAVIT ........................................................................................ 5

III. PRAYER FOR RELIEF ..................................................................... 8

IV. VERIFICATION ................................................................................ 9

ATTACHMENTS ................................................................................... 10

ATTACHMENT "A" Perjury found in the text of Defendant
Norris McLaughlin's Motion to Dismiss ............................................... 11

ATTACHMENT "B" Perjures found in the text of Defendant
Amalgamated Housing Corporation's Motion to Dismiss .................... 16

ATTACHMENT "C" Perjury found in the text of Defendant
Amalgamated Housing Corporation's ANSWER to Complaint ........... 22

ATTACHMENT "D" Fraudulent Verification of Defendant AHC's
ANSWER to underlying Complaint #300165/2018 .............................. 30

## I. LEGAL STANDARD

    i.    FRCP Rule 55. Default; Default Judgment

(a) ENTERING A DEFAULT. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

(b) ENTERING A DEFAULT JUDGMENT.

    (1) *By the Clerk.* If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

    (2) *By the Court.* In all other cases, the party must apply to the court for a default judgment.

ii. Fraud Upon the Court
(Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985)

"Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury ... . It is where the court or a member is corrupted or influenced or influence is attempted or where **the judge has not performed his judicial function** (enhancement by BG) --- thus where the impartial functions of the court have been directly corrupted."

iii. The Doctrine of Fraud Vitiates Everything

The doctrine of "fraud vitiates everything" is a legal principle that states that fraud can invalidate any legal agreement, contract, or judgment. <u>This means that if fraud is proven to have occurred in a legal proceeding, the entire proceeding can be invalidated.</u>

By "fraud" is meant an intention to deceive; whether it is from any expectation of advantage to the party himself or from ill will towards the other is immaterial. The expression "fraud" involves two elements, deceit and injury to the person deceived. Injury is something other than economic loss, that is, deprivation of property, whether movable or immovable or of money and it will include any harm whatever caused to any person in body, mind, reputation or such others. In short, it is a non-economic or non-pecuniary loss. A benefit or advantage to the deceiver, will almost always cause loss or detriment to the deceived. Even in those rare cases where there is a benefit or advantage to the deceiver, but no corresponding loss to the deceived, the second condition is satisfied.

A "fraud" is an act of deliberate deception with the design of securing something by taking unfair advantage of another. It is a deception in order to gain by another's loss. It is a cheating intended to get an advantage.

"Fraud" as is well known vitiates every solemn act. Fraud and justice never dwell together. Fraud is a conduct either by letters or words, which induces the other person or authority to take a definite determinative stand as a response to the conduct of the former either by words or letters. It is also well settled that misrepresentation itself amounts to fraud. Indeed, innocent misrepresentation may also give reason to claim relief against fraud. A fraudulent misrepresentation is called deceit and consists in leading a man into damage by willfully or recklessly causing him to believe and act on falsehood. It is a fraud in law if a party makes representations, which he knows to be false, and injury ensues therefrom although the motive from which the representations proceeded may not have been bad. An act of fraud on court is always viewed seriously. A collusion or conspiracy with a view to deprive the rights of others in relation to a property would render the transaction void ab initio. Fraud and deception are synonymous. Although in a given case a deception may not amount to fraud, fraud is anathema to all equitable principles and any affair

tainted with fraud cannot be perpetuated or saved by the application of any equitable doctrine including res judicata.

**iv.** The 28 U.S. Code §1746 - Unsworn declarations under penalty of perjury. Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

    **(2)** if executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)".

## II. AFFIDAVIT

1. Plaintiff *pro se* in this case Boris Gerasimov, fully familiar with the matter, respectfully moves this Court to issue in compliance with FRCP Rule 55(b)(2) Default Judgment against Defendants Amalgamated Housing Corporation (AHC) and Norris McLaughlin P.A. Law Firm (NM) on the following ground:

FACTS:

2. Perjury found in the text of Defendant Norris McLaughlin's Motion to Dismiss (Doc. #**13**) (see proof in Plaintiff's Cross Motion to Strike (Doc. #**14**) (Attachment "A").

3. Perjuries found in the text of Defendant Amalgamated Housing Corporation's (AHC) Motion to Dismiss (Doc. #11) (see proof in Plaintiff's REPLY in Opposition to AHC's Response to Plaintiff's Motion for Summary Judgment (Doc. #36) (Attachment "**B**").

4. Perjury found in the text of Defendant AHC's ANSWER to Complaint (Doc. #**12**) (see proof in Plaintiff's Motion to Strike Defendant's ANSWER (Doc. #**17**) (Attachment "**C**").

5. Collective incompliance of all Defense Attorneys in instant proceeding with fundamental legal requirement to verify truthfulness of submitted to Court documents evidently reveals presence of specially designed "*systematic and pervasive scheme intended to undermine the judicial process and thwart Plaintiff's efforts to assert his claim*". (Definition of Fraud upon the Court, *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944) / *Bulloch v. United States,* 763 F.2d 1115, 1121 (10th Cir. 1985).

6. Deliberate omission of *any verification* in all Defendants' pleadings was designed to induce hired Defense Attorneys to plant above mentioned perjuries into their papers with no concern about legal consequences.

7. Using this fraudulent scheme by Attorneys for Defendants in effect rendered entire Defense stated against allegations in Complaint devoid of even a single pleading acceptable by this Court as a legitimate legal document admissible for judicial consideration.

8. All submitted to this Court by Defendants pleadings, as being neither *sworn*, nor *supported* with allowed by the 28 U.S. Code §1746 unsworn declaration of truthfulness *under penalties of perjuries*, are merely *fairy tales,* but **not** admissible for judicial consideration formal legal documents.

9. Defendant Norris McLaughlin Law Firm has a history of violation fundamental tenet of *truthfulness* in practicing Law. In fraudulent Verification of Defendant Norris McLaughlin's ANSWER to underlying Plaintiff's Complaint #300165/2018 proceeded in the NYS Supreme Court Attorney Mr. Dean M. Roberts *affirms under penalties of perjury* that he (Quote): "…has read the foregoing Complaint and knows the contents thereof…" (Unquote). (see Attachment "**D**" below).

10. As all defective Defense papers were accepted by the Court Clerk and filed in the Case Record File #**6:23-cv-00419**, the Due Process in instant case has been broken, the entire proceeding irreparably undermined, and Plaintiff's

Constitutional Right for the Due Process and Equal Protection of the Laws guaranteed by the 14th Amendment has been violated *again*.

11. From August 8, 2023, the return date for submission initial documents, until today no verdict on instant case is issued by the **txwd** Court (see point **ii** above).

### III. PRAYER FOR RELIEF

12. Based on aforesaid, as both Defendants manifestly failed to state defense against allegations in instant Complaint #**6:23-cv-00419**, and in context of Defendant AHC's opposition to offered by Plaintiff settlement of instant matter, Plaintiff respectfully requests this Court to issue pursuant to FRCP Rule 55(b)(2) Default Judgment against conspired Defendants Amalgamated Housing Corporation (AHC) and Norris McLaughlin P.A. Law Firm (NM).

Respectfully submitted.
Killeen, TX.
February XX, 2024.

## IV. VERIFICATION

I, plaintiff in this proceeding Boris Gerasimov, being duly sworn, hereby state under penalty of perjury that I have read the foregoing PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT and know the contents thereof, the same are true to my knowledge and as to those matters I belief them to be true.

02.26.2024
Date

Signed: Boris Gerasimov

**For Notary Use Only**

Notary Signature _Rena Tauaa_

Printed Name _RENA TAUAA_

Executed this _26TH_ day of _02_ _2024_

In the County of _BELL_

RENA TAUAA
Notary Public, State of Texas
Comm. Expires 07-21-2027
Notary ID 134467398

9